RECEIVED
SEP 1 0 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 10/1/07

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| **GREGORY BROWN** | **CIVIL ACTION NO. 07-0923** |
| VS. | SECTION P |
| **WARDEN BURL CAIN** | **CHIEF JUDGE HAIK** |
| | **MAGISTRATE JUDGE HILL** |

## JUDGEMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that the instant action is **DISMISSED WITHOUT PREJUDICE** because the instant petition constitutes a second and successive *habeas* petition within the meaning of 28 U.S.C. §2244(b) filed without prior authorization of the United States Fifth Circuit Court of Appeals.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 1st day of October, 2007.

RICHARD T. HAIK
UNITED STATES DISTRICT JUDGE